Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: CR 23-371 (CJN)
)
)
Romero Cabral da Costa Neto )
)

## WAIVER OF INDICTMENT

I, __Romero Cabral da Costa Neto__, the above-named defendant, who is accused of

15:78j(b) and 17 C.F.R. 240.10b-5; MANIPULATIVE AND DECEPTIVE DEVICES; Insider Trading

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __11/1/2023__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____          Date: __11/1/2023__
Carl J. Nichols
United States District Judge